**Fill in this information to identify the case:**

Debtor: Kan-Di-Ki, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): 19-10391

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................. N/A

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................. N/A

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. N/A

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ......... N/A

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F ........................... N/A

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F ............. + UNKNOWN

4. **Total liabilities** ................................................................. UNKNOWN
   Lines 2 + 3a + 3b

Official Form 206Sum · Page 1 of 1

**Fill in this information to identify the case:**

Debtor: Kan-Di-Ki, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): 19-10391

☒ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**ADDITION**

3.13 **Nonpriority creditor's name and mailing address**  
ALBERTY, WADE  
1100 NOBLE AVE  
CARROLLTON, TX  75006  

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2529

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:**  
INSURANCE CLAIM - AUTOMOBILE

**Is the claim subject to offset?**  
☒ No  
☐ Yes

UNKNOWN

**ADDITION**

3.30 **Nonpriority creditor's name and mailing address**  
ARDILA, PATRICIA  
2226 THURMAN AVE  
LOS ANGELES, CA  90016  

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0817

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:**  
INSURANCE CLAIM - WORKERS COMPENSATION

**Is the claim subject to offset?**  
☒ No  
☐ Yes

UNKNOWN

**ADDITION**

3.34 **Nonpriority creditor's name and mailing address**  
ARTHUR, BRANT  
3355 MONTGOMERY DR  
SANTA ROSA, CA  95404  

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6640

As of the petition filing date, the claim is:  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:**  
INSURANCE CLAIM - AUTOMOBILE

**Is the claim subject to offset?**  
☒ No  
☐ Yes

UNKNOWN

**Part 2:** Additional Page

|     |     |     | Amount of claim |
|-----|-----|-----|-----------------|
|     | **ADDITION** |     |     |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>BONDOC, ALEJANDRO G<br>2205 SANTA FE AVE.<br>LONG BEACH, CA  90810<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5017 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.68 | **Nonpriority creditor's name and mailing address**<br>BURGDORF, PATRICIA L<br>1961 REDWOOD DR<br>SANTA CRUZ, CA  95060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1029 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.69 | **Nonpriority creditor's name and mailing address**<br>BUSI, CAROLINE H<br>4946 S PRINCE CT 304<br>DENVER, CO  80218<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5471 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.72 | **Nonpriority creditor's name and mailing address**<br>CAIN, MY-COLE A<br>PO BOX 200824<br>SAN ANTONIO, TX  78220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5973 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | | Case number (if known) | |
|---|---|---|---|
| (Name) | | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>CANSECO, REYNA<br>1151 MARYLAND DR<br>VISTA, CA  92081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3873 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.149 | **Nonpriority creditor's name and mailing address**<br>EJIM, KATRINA<br>2770 N. STATE HWY<br>GRAND PRAIRIE, TX  75050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2529 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.161 | **Nonpriority creditor's name and mailing address**<br>ESPINOZA CHAVEZ, VANESSA<br>601 E HARVARD ST<br>GLENDALE, CA  91205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5149 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.164 | **Nonpriority creditor's name and mailing address**<br>FARJE, CAROLA<br>14124 BALLENTINE PL<br>BALDWIN PARK, CA  91706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9685 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

**ADDITION**

| 3.177 | **Nonpriority creditor's name and mailing address**<br>FREEMAN, KAAHA<br>5239 EISENHAUER RD<br>APT 123<br>SAN ANTONIO, TX 78218<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5152 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.181 | **Nonpriority creditor's name and mailing address**<br>GABRIEL, CYNTHIA B<br>634 OAKLAND AVE APT 13<br>OAKLAND, CA 94611<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6066 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.183 | **Nonpriority creditor's name and mailing address**<br>GALLIMORE, NATHANIEL<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7871 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.197 | **Nonpriority creditor's name and mailing address**<br>GRAJEDA, MARIA<br>C/O SCHUERING, ZIMMERMAN & DOYLE LLP<br>ATTN: PRESTON R. YOUNG<br>400 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9-01 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____ Case number (if known) _____
(Name)

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | **ADDITION** | | |
| 3.201 | **Nonpriority creditor's name and mailing address**<br>HALL, TERRI<br>C/O LAWYERS FOR EMPLOYEE & CONSUMER RIGHTS<br>4100 W. ALAMEDA AVE, 3RD FLOOR<br>BURBANK, CA  91505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EMPLOYMENT PRACTICES CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | **ADDITION** | | |
| 3.218 | **Nonpriority creditor's name and mailing address**<br>HIGGINS, KELLEE L<br>9592 KATELLA DRI<br>ANAHEIM, CA  92804<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3213 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | **ADDITION** | | |
| 3.241 | **Nonpriority creditor's name and mailing address**<br>JOHNSON, MARTHA<br>42452 BISCAY STREET<br>LANCASTER, CA  93536<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6213 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | **ADDITION** | | |
| 3.254 | **Nonpriority creditor's name and mailing address**<br>KRUSE, ARLENE L<br>4825 E NEWTON DR<br>LAS VEGAS, NV  89121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2805 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | **ADDITION** | |

| 3.262 | **Nonpriority creditor's name and mailing address**<br>LARRAZOLO, ALEJANDRA<br>1217 KENTUCKY ST<br>VALLEJO, CA 94590<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 0445 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| | **DELETED** | |
|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address**<br>LIU, TOM<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>LITIGATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| | **ADDITION** | |
|---|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address**<br>LUGTU, GLADYS<br>4521 NILAND STREET<br>UNION CITY, CA 94587<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 1562 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| | **ADDITION** | |
|---|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address**<br>MARAMBA, AZAREA<br>4431 COOKTOWN COURT<br>NORTH LAS VEGAS, NV 89032<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 5941 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | **ADDITION** | |

| 3.280 | **Nonpriority creditor's name and mailing address**<br>MARAMBA, KORAL<br>4431 COOKTOWN COURT<br>NORTH LAS VEGAS, NV  89032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5941 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.281 | **Nonpriority creditor's name and mailing address**<br>MARAMBA, RONETTE<br>4431 COOKTOWN COURT<br>NORTH LAS VEGAS, NV  89032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5941 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.282 | **Nonpriority creditor's name and mailing address**<br>MARTINEZ-VOLASCO, ADAN<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7871 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.315 | **Nonpriority creditor's name and mailing address**<br>MORA, JULIETA M<br>11047 STRATHERN ST APT 1<br>SUN VALLEY, CA  91352<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2246 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____ (Name)    Case number (if known) _____

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.325 | **Nonpriority creditor's name and mailing address**<br>NGUYEN, ALANA T<br>2105 PROVENMILL WAY<br>SAN JOSE, CA  95121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4358 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.333 | **Nonpriority creditor's name and mailing address**<br>OWENS, AUDREY<br>194 REGAL SUNSET AVE<br>HENDERSON, NV  89002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7375 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.334 | **Nonpriority creditor's name and mailing address**<br>OWENS, EMMA<br>194 REGAL SUNSET AVE.<br>HENDERSON, NV  89002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7375 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.335 | **Nonpriority creditor's name and mailing address**<br>OWENS, GABRIEL<br>194 REGAL SUNSET<br>HENDERSON, NV  89002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7375 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| Debtor | Lan-Di, Inc. | Case number (if known) 19-10391 |
|---|---|---|
| | (Name) | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.345 | **Nonpriority creditor's name and mailing address**<br>PARKER, BILLY D<br>C/O DOWNTOWN L.A. LAW GROUP, LLP<br>3460 WILSHIRE BLVD., SUITE 950<br>LOS ANGELES, CA  90010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1-01 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.394 | **Nonpriority creditor's name and mailing address**<br>PAZ, CARMEN<br>628 E 94TH ST<br>LOS ANGELES, CA  90002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0266 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.397 | **Nonpriority creditor's name and mailing address**<br>PEREZ, JORGE<br>C/O LAW OFFICES OF CORY J. HILTON<br>5545 S. MOUNTAIN VISTA, SUITE F<br>LAS VEGAS, NV  89120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3-02 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.408 | **Nonpriority creditor's name and mailing address**<br>POLIDORE, DERRICK<br>C/O CULTER LEGAL, A LAW FIRM<br>ATTN: VERONICA CUTLER, ESQ.<br>250 W. FIRST ST., SUITE 316<br>CLAREMONT, CA  91711<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EMPLOYMENT PRACTICES CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.415 | **Nonpriority creditor's name and mailing address**<br>PRECIADO-RIOS, ROSE M<br>571 EAST GROVERDALE ST.<br>COVINA, CA  91722<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3185 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

### ADDITION

| 3.424 | **Nonpriority creditor's name and mailing address**<br>PULLMAN, JOHN<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7871 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

### ADDITION

| 3.430 | **Nonpriority creditor's name and mailing address**<br>RABER JR, DARRELL<br>4322 WESTBROOK RD.<br>MEMPHIS, TN  38135<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5948 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

### ADDITION

| 3.437 | **Nonpriority creditor's name and mailing address**<br>REILLY, PATRICIA J<br>613 BENTON ST.<br>APT A<br>SANTA ROSA, CA  95404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0317 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| | | **ADDITION** | |
| 3.454 | **Nonpriority creditor's name and mailing address**<br>RUANO, AURA E<br>9610 E AVE S-2<br>LITTLEROCK, CA 93543<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 5087 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.464 | **Nonpriority creditor's name and mailing address**<br>SANCHEZ, MARCY<br>144 CASSANDRA PLACE<br>SAN RAMON, CA 94583<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 8338 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.470 | **Nonpriority creditor's name and mailing address**<br>SANTANA, ERICA L<br>11906 ALGARDI ST<br>NORWALK, CA 90650<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 5025 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| | | **ADDITION** | |
| 3.493 | **Nonpriority creditor's name and mailing address**<br>SHARMA, KAUSHAL<br>1359 ESPLANADE DR.<br>MERCED, CA 95348<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 6953 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____ Case number _____
       (Name)

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|
|  | **ADDITION** |  |
| 3.494 **Nonpriority creditor's name and mailing address**<br>SHARMA, PARBIN<br>1359 ESPLANADE<br>MERCED, CA  95348<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 6953 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|  | **ADDITION** |  |
| 3.495 **Nonpriority creditor's name and mailing address**<br>SHARMA, PRIYA<br>1359 ESPLANADE DR<br>MERCED, CA  95348<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 6953 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - AUTOMOBILE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|  | **ADDITION** |  |
| 3.524 **Nonpriority creditor's name and mailing address**<br>STANLEY, JOYCE<br>632 WATER ST APT B301<br>SANTA CRUZ, CA  95060<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 3545 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|  | **ADDITION** |  |
| 3.529 **Nonpriority creditor's name and mailing address**<br>SUDHAUS, VANESSA J<br>3300 N DE LOS RIOS APT 12205<br>TUCSON, AZ  85712<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** 2520 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____ Case number (if known) __19-10391__
  (Name)

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

**ADDITION**

| 3.530 | **Nonpriority creditor's name and mailing address**<br>SULEYMANOVA, RAMIDA<br>7312 BALCOM AVE<br>RESEDA, CA  91335-3311<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0539 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.555 | **Nonpriority creditor's name and mailing address**<br>THORNTON, KARA<br>1003 11TH ST APT 3<br>MANHATTAN BEACH, CA  90266<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8610 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.581 | **Nonpriority creditor's name and mailing address**<br>VALENCIA, JOSE A<br>15035 LOS ALAMOS ST.<br>MISSION HILLS, CA  91345<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4799 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.590 | **Nonpriority creditor's name and mailing address**<br>VIRK, JOGINDER<br>7413 TWIN ACRES WAY<br>SACRAMENTO, CA  95829<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9292 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Debtor _____ Case number _(if known)_ 19-10391
      (Name)

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**ADDITION**

| 3.600 | **Nonpriority creditor's name and mailing address**<br>WHITWORTH, JUSTIN M<br>8941 SHELDON CREEK DR<br>ELK GROVE, CA  95624<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5721 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.601 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, AMANDA L<br>1910 FARRELL ST<br>LAS VEGAS, NV  89106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2509 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.602 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, XAVIA Q<br>2311 SECOUNNEY AVE<br>APT 22<br>PORTLAND, OR  97222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1879 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INSURANCE CLAIM - WORKERS COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | N/A |
| 5b. | Total claims from Part 2 | 5b. + | UNKNOWN |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **UNKNOWN** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Kan-Di-Ki, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10391 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/12/2019
MM / DD / YYYY

X /s/ David F. Smith III
Signature of individual signing on behalf of debtor

David F. Smith III
Printed name

Chief Financial Officer
Position or relationship to debtor